UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-mc-23709-KMW/EAL

NEW CONCEPT ENERGY, INC.,

      Plaintiff,

v.

GUY GENTILE,

      Defendant.

_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motion for Miriam Tauber to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ("Motion") [ECF No. 5], pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

This Court having considered the Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Miriam Tauber may appear and participate in this action on behalf of Plaintiff New Concept

Energy, Inc. The Clerk shall provide electronic notification of all electronic filings to Miriam Tauber at [MiriamTauberLaw@gmail.com](mailto:MiriamTauberLaw@gmail.com).

     **DONE AND ORDERED** in Chambers at Miami, Florida, on this 7th day of April, 2026.

_____

**ENJOLIQUÉ A. LETT**
**UNITED STATES MAGISTRATE JUDGE**